# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DAYONNA BUIE,<br><br>Plaintiff,<br><br>v.<br><br>TIFFANY CROWE, *et al.*,<br><br>Defendants. | No. 1:23-cv-03178-TSC |

## DECLARATION OF JOANNE BEASLEY

I, JoAnne Beasley, declare as follows:

1. I am over the age of 18 and competent to render the testimony contained herein based upon my personal knowledge.

2. I am employed by the District of Columbia Metropolitan Police Department (MPD), in its Security Officers Management Branch (SOMB), as a Program Manager. In this position, I am responsible for the operational oversight of SOMB. SOMB performs criminal history checks and criminal history-based eligibility determinations for all applicants seeking to be licensed by the Department of Licensing and Consumer Protection (DLCP) as security officers, special police officers, campus special police officers, security agencies, private detectives, and private detective agencies.

3. As of May 1, 2023, Dayonna Buie held a license to work as a security officer in the District of Columbia.

4. The District revoked Ms. Buie's license in early May 2023.

5.  On November 7, 2023, the District reinstated Ms. Buie's security officer license. Exhibit A to this declaration is a screenshot from DLCP's Occupational & Professional Licensing public website, which shows that Ms. Buie's license has been reinstated.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 11/08/2023

*JoAnne Beasley*
JoAnne Beasley
Security Officers Management Branch
METROPOLITAN POLICE DEPARTMENT

# EXHIBIT A

# Occupational & Professional License Search

**License Number:**
Enter License Number

**Licensee Name:**
Dayonna buie

**License Status:**
-- Select License Status --

**License Type:**
All

**Date Range From:**
mm/dd/yyyy

**Date Range To:**
mm/dd/yyyy

**Sort By:**
◉ Licensee Name
○ License Number

Search

**Total Number of Results 1 found.**



### Dayonna Buie

**License Number:** SO40002598          **License Type:** Security Officer

**Initial Issue Date:** 11/07/2023      **License Status:** Active

**Effective Date:** 11/07/2023          **Expiration Date:** 04/30/2024

**Affiliated Agency Name:** GARDA WORLD SECURITY SERVICES



**Office Hours**
Monday, Tuesday, Wednesday, Friday 8:30 am to 4:30 pm and Thursday 9:30 am to 4:30 pm

**Connect With Us**
1100 4th Street, SW, Washington, DC 20024
Phone: (202) 671-4500

TTY: (202) 123-4567
Email: dlcp@dc.gov



ACCESSIBILITY
PRIVACY AND SECURITY
ABOUT DC.GOV
TERMS AND CONDITIONS

© 2019 - 2023 District of Columbia