AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  DC Attorney General Brian Schwalb

was received by me on *(date)*  11/27/2023  .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____

on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):* On 11/27/2023 I served copies of the amended complaint and summons via email, in accordance with OAG Office Order No. 2020-10 (allowing service of process via email). The next day an OAG employee confirmed receipt via email.

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/28/2023

*Server's signature*

Samuel Rosen, Associate, Gerstein Harrow LLP
*Printed name and title*

Gerstein Harrow LLP
810 7th St. NE, Suite 301
Washington, DC 20002
*Server's address*

Additional information regarding attempted service, etc: